**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**Baltimore Division**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| KANGWON YI | * | Case No.: 09-11362-JS |
| | * | |
| Debtor | * | Chapter 13 |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO DISMISS**

Gerard R. Vetter, Chapter 13 Trustee, files this Motion to Dismiss Case, pursuant to 11 U.S.C. § 1307(c)(4), and states as follows:

1. The Debtor commenced this case under Chapter 13 on January 29, 2009.

2. The Trustee has only received $3,942.00 in plan payments; however the total due to date is $5,187.00. The Debtor has failed to commence making timely payments as required by 11 U.S.C. §1326. Pursuant to 11 U.S.C. § 1307(c)(4), therefore, this Court should dismiss this case.

**WHEREFORE**, the Trustee requests that this Court dismiss this case and grant such other relief as is just.

Date:  September 18, 2009         /s/ Gerard R. Vetter
                                  Gerard R. Vetter, Trustee
                                  100 S. Charles Street, Suite 501
                                  Tower II
                                  Baltimore, MD  21201
                                  Phone: (410) 400-1333
                                  Fax: (410) 400-1301
                                  E-mail:  khadijac@grvch13.com

**TO THE DEBTOR: RESPONSES OR OBJECTIONS TO THIS MOTION TO DISMISS MUST BE FILED WITHIN 20 DAYS FROM THE DATE OF THE CERTIFICATE OF SERVICE BELOW. ANY RESPONSE OR OBJECTION MUST INCLUDE THE FACTS AND LEGAL GROUNDS ON WHICH THE RESPONSE OR OBJECTION IS BASED. ANY RESPONSE OR OBJECTION MUST BE FILED WITH THE BANKRUPTCY COURT, WITH A COPY SERVED ON THE CHAPTER 13 TRUSTEE, GERARD R. VETTER, 100 S. CHARLES STREET, SUITE 501, TOWER II, BALTIMORE, MARYLAND 21201. THIS CASE MAY BE DISMISSED WITHOUT FURTHER ORDER OR NOTICE IF NO TIMELY OBJECTION IS FILED. THE COURT IN ITS DISCRETION MAY CONDUCT A HEARING OR DETERMINE THE MATTER WITHOUT A HEARING REGARDLESS OF WHETHER AN OBJECTION IS FILED.**

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2009, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the paper above referenced to be sent, by First Class U.S. Mail, postage prepaid to:

Kangwon Yi
4610 Asbury Avenue
Baltimore, MD 21206

Adam Freiman, Esq.
1777 Reisterstown Road
Suite 360 E
Baltimore, MD 21208
Counsel for Debtor

　　　　　　　　　　　　　　　　　　　　/s/ Gerard R. Vetter
　　　　　　　　　　　　　　　　　　　　Gerard R. Vetter